| | |
|---|---|
| 1 | DENNIS S. ELLIS (SB# 178196) |
| | dennisellis@paulhastings.com |
| 2 | KATHERINE F. MURRAY (SB# 211987) |
| | katherinemurray@paulhastings.com |
| 3 | COURTNEY DETHOMAS (SB# 294591) |
| | courtneydethomas@paulhastings.com |
| 4 | PAUL HASTINGS LLP |
| | 515 South Flower Street, Twenty-Fifth Floor |
| 5 | Los Angeles, CA 90071-2228 |
| | Tel.: (213) 683-6000; Fax: (213) 627-0705 |
| 6 | |
| | K. LEE MARSHALL (SB# 277092) |
| 7 | klmarshall@bryancave.com |
| | BRYAN CAVE LLP |
| 8 | Three Embarcadero Center, 7th Floor |
| | San Francisco, CA 94111-4070 |
| 9 | Tel.: (415) 268-2000; Fax: (415) 268-1999 |

Attorneys for Defendants
COMBE, INC.; COMBE PRODUCTS, INC; COMBE LABORATORIES, INC.; and COMBE INTERNATIONAL LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN STRINGER, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COMBE, INC.; COMBE PRODUCTS, INC; COMBE LABORATORIES, INC.; and COMBE INTERNATIONAL LTD.,<br><br>Defendants. | CASE NO. 17-CV-03192-WHO<br><br>**JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Current Date: September 12, 2017<br>Time: 2:00 p.m.<br>Courtroom: 2<br>Judge: Hon. William H. Orrick<br><br>Proposed Date: October 18, 2017<br>Time: 2:00 p.m.<br>Courtroom: 2<br>Judge: Hon. William H. Orrick<br><br>[Declaration of Katherine F. Murray filed and served concurrently herewith] |

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | WHEREAS, on July 3, 2017, the Court issued a Case Management Conference Order |
| 3 | (Dkt. No. 10), setting the initial Case Management Conference in this matter for September 12, |
| 4 | 2017, at 2 p.m. in Courtroom 2, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102; |
| 5 | WHEREAS, counsel for Plaintiff John Stringer ("Plaintiff") and Defendants Combe Inc., |
| 6 | Combe Products, Inc., Combe Laboratories, Inc., and Combe International Ltd. (collectively, |
| 7 | "Combe") are scheduled to appear before the Court on October 18, 2017 at 2:00 p.m. in |
| 8 | connection with Combe's Motion to Dismiss and Motion to Strike Class Allegations; |
| 9 | WHEREAS, following discussions between counsel for Plaintiff and Combe, the parties |
| 10 | are agreeable to moving the initial Case Management Conference to October 18, 2017, so as to |
| 11 | coordinate with the hearing on Combe's Motion to Dismiss and Motion to Strike Class |
| 12 | Allegations; |
| 13 | THEREFORE, it is hereby stipulated and agreed, by and between counsel for Plaintiff and |
| 14 | Combe that, subject to the Court's approval: |
| 15 | The initial Case Management Conference currently scheduled for September 12, 2017 at |
| 16 | 2:00 p.m., shall be continued to October 18, 2017 at 2:00 p.m. before the Honorable William H. |
| 17 | Orrick, and all deadlines dictated by the timing of the initial Case Management Conference shall |
| 18 | be adjusted accordingly. |

IT IS SO STIPULATED.

DATED: August 23, 2017           PAUL HASTINGS LLP

                                 By: _____/s/_____
                                     Katherine F. Murray

                                 Attorneys for Defendants
                                 COMBE, INC.; COMBE PRODUCTS, INC; COMBE
                                 LABORATORIES, INC.; and COMBE
                                 INTERNATIONAL LTD.

-0-
STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

DATED: August 23, 2017   URBAN & TAYLOR S.C.

By: _____/s/_____
Jay A. Urban

Attorneys for Plaintiff
JOHN STRINGER

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories concur with this filing.

By: _____/s/_____
Katherine F. Murray

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 25, 2017

By: _____[signature]_____
Hon. William H. Orrick
United States District Court Judge

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE