UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| JOHN STRINGER, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COMBE, INC.; COMBE PRODUCTS, INC; COMBE LABORATORIES, INC.; and COMBE INTERNATIONAL LTD.,<br><br>Defendants. | CASE NO. 17-CV-03192-WHO<br><br>**ORDER GRANTING STIPULATION TO EXTEND REPLY BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE CLASS ALLEGATIONS**<br><br>Complaint Filed: June 5, 2017<br>Trial date: None set |

# **ORDER**

WHEREAS, based upon the Stipulation of the parties, and for good cause shown, it is hereby ORDERED that:

1. The deadline for Combe to reply or otherwise respond to Plaintiff's opposition to Combe's Motion to Dismiss and Motion Strike shall be October 4, 2017. The hearing date of October 18, 2017 for Combe's Motion to Dismiss and Motion to Strike remains unchanged by this extension.

IT IS SO ORDERED.

DATED: October 3, 2017

By: _____
Hon. William H. Orrick
United States District Court Judge