1  DENNIS S. ELLIS (SB# 178196)
   dennisellis@paulhastings.com
2  KATHERINE F. MURRAY (SB# 211987)
   katherinemurray@paulhastings.com
3  COURTNEY DETHOMAS (SB# 294591)
   courtneydethomas@paulhastings.com
4  PAUL HASTINGS LLP
   515 South Flower Street, Twenty-Fifth Floor
5  Los Angeles, CA 90071-2228
   Tel.: (213) 683-6000; Fax: (213) 627-0705
6
   K. LEE MARSHALL (SB# 277092)
7  klmarshall@bryancave.com
   BRYAN CAVE LLP
8  Three Embarcadero Center, 7th Floor
   San Francisco, CA 94111-4070
9  Tel.: (415) 268-2000; Fax: (415) 268-1999

10 Attorneys for Defendants
   COMBE, INC.; COMBE PRODUCTS, INC; COMBE
11 LABORATORIES, INC.; and COMBE
   INTERNATIONAL LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN STRINGER, individually and on behalf of all other similarly situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>COMBE, INC.; COMBE PRODUCTS, INC; COMBE LABORATORIES, INC.; and COMBE INTERNATIONAL LTD.,<br><br>  Defendants. | CASE NO. 17-CV-03192-WHO<br><br>**JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE & MOTIONS HEARING**<br><br>Current Date:  December 6, 2017<br>Time:          2:00 p.m.<br>Courtroom:     2<br>Judge:         Hon. William H. Orrick<br><br>Proposed Date: December 7, 2017<br>Time:          2:00 p.m.<br>Courtroom:     2<br>Judge:         Hon. William H. Orrick<br><br>[Declaration of Katherine F. Murray filed and served concurrently herewith] |

STIPULATION TO CONTINUE INITIAL CMC & MOTIONS HEARING

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | WHEREAS, on July 3, 2017, the Court issued a Case Management Conference Order |
| 3 | (Dkt. No. 10), setting the initial Case Management Conference in this matter for September 12, |
| 4 | 2017, at 2 p.m. in Courtroom 2, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102; |
| 5 | WHEREAS, on August 25, 2017, the Court granted the parties' request to continue the |
| 6 | initial Case Management Conference to October 18, 2017, at 2 p.m. in Courtroom 2, 17th Floor, |
| 7 | 450 Golden Gate Avenue, San Francisco, CA 94102, in order to coordinate with the hearing on |
| 8 | Defendants Combe Inc., Combe Products, Inc., Combe Laboratories, Inc., and Combe |
| 9 | International Ltd.'s (collectively, "Combe") Motion to Dismiss and Motion to Strike Class |
| 10 | Allegations; |
| 11 | WHEREAS, due to the fires raging in Northern California in October that threatened |
| 12 | Plaintiff John Stringer's ("Plaintiff") counsel's home, the parties agreed to continue the initial |
| 13 | Case Management Conference and hearing on Combe's Motion to Dismiss and Motion to Strike |
| 14 | Class Allegations to December 5, 2017; |
| 15 | WHEREAS, on November 13, 2017, the Court reset the date of the initial Case |
| 16 | Management Conference and the hearing on Combe's Motion to Dismiss and Motion to Strike |
| 17 | Class Allegations to December 6, 2017 (*See* Dkt. No. 39.); |
| 18 | WHEREAS, counsel for Combe will be traveling to Northern California for a hearing in |
| 19 | another matter scheduled for the December 8, 2017; |
| 20 | THEREFORE, it is hereby stipulated and agreed, by and between counsel for Plaintiff and |
| 21 | Combe that, subject to the Court's approval: |
| 22 |     1. The initial Case Management Conference currently scheduled for December 6, |
| 23 |        2017 at 2:00 p.m., shall be continued to December 7, 2017 at 2:00 p.m. before the |
| 24 |        Honorable William H. Orrick, and all deadlines dictated by the timing of the initial |
| 25 |        Case Management Conference shall be adjusted accordingly. |
| 26 |     2. The hearing on Combe's Motion to Dismiss and Motion to Strike Class Allegations |
| 27 |        currently scheduled for December 6, 2017 at 2:00 p.m. shall also be continued to |
| 28 |        December 7, 2017 at 2:00 p.m. before the Honorable William H. Orrick. |

IT IS SO STIPULATED.

DATED: November 21, 2017          PAUL HASTINGS LLP

                                  By: _____/s/_____
                                        Katherine F. Murray

                                  Attorneys for Defendants
                                  COMBE, INC.; COMBE PRODUCTS, INC; COMBE LABORATORIES, INC.; and COMBE INTERNATIONAL LTD.

DATED: November 21, 2017          URBAN & TAYLOR S.C.

                                  By: _____/s/_____
                                        Jay A. Urban

                                  Attorneys for Plaintiff
                                  JOHN STRINGER

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories concur with this filing.

                                  By: _____/s/_____
                                        Katherine F. Murray

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 21, 2017          By: _____
                                        Hon. William H. Orrick
                                        United States District Court Judge

-2-
STIPULATION TO CONTINUE INITIAL CMC & MOTIONS HEARING