UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN STRINGER,

    Plaintiff,

v.

COMBE, INC., et al.,

    Defendants.

Case No. 17-cv-03192-WHO

**ORDER TO SHOW CAUSE**

On August 20, 2018, I directed the parties "to file a Joint Status Report on February 19, 2019, describing the status of that matter. Every six months thereafter, while the San Diego Action remains active, the parties shall file a Joint Status Report updating the Court. When the San Diego Action is resolved by trial, settlement or otherwise, within two weeks of that event the parties shall notify the Court and request a Case Management Conference." I ordered counsel to file a status report by February 19, 2019. Dkt. No. 52.

No Joint Status Report has been filed.

Plaintiff shall respond to this **Order to Show Cause** by filing a Joint Status Report on or before **December 16, 2019**. Failure to file a Joint Status Report by that date may result in this case being dismissed for failure to prosecute. Fed. R. Civ. Proc. 41(b).

**IT IS SO ORDERED.**

Dated: November 4, 2019

William H. Orrick
United States District Judge