UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN STRINGER,

         Plaintiff,

   v.

COMBE, INC., et al.,

         Defendants.

Case No. 17-cv-03192-WHO

**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE**

On August 20, 2018, I ordered the parties to file a Joint Status Report on February 19, 2019, describing the status of the related matter and whether this action should continue to be stayed. Dkt. No. 52. No Status Report was filed.

On November 4, 2019, I issued an Order to Show Cause requiring plaintiff to file a Joint Status Report on or before December 16, 2019. Dkt. No. 53. I warned plaintiff that "[f]ailure to file a Joint Status Report by that date may result in this case being dismissed for failure to prosecute. Fed. R. Civ. Proc. 41(b)." No Status Report was filed and nothing (except a notice of change of firm for defense counsel) has been filed in this case since.

This case is DISMISSED without prejudice for failure to prosecute pursuant to Fed. R. Civ. Proc. 41(b). The Clerk shall close this case.

**IT IS SO ORDERED.**

Dated: July 6, 2020

William H. Orrick
United States District Judge